

**EXHIBIT A1**