

# EXHIBIT A2