

**EXHIBIT A3**