# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

SAVERY KANN,                                    :

        Plaintiff,                      :       Case No.: 1:11-cv-03149

  -vs-                                          :
                                                        Judge Lewis A. Kaplan
NARY MANIVONG, et al.,                           :

        Defendants.                     :

## AFFIDAVIT OF SAVERY KANN

1. My name is Savery Kann, the Plaintiff in this case.

2. I have personal knowledge of the matters stated in this affidavit and can competently testify to these matters if called upon to do so.

3. Presently, and at the time I filed the Complaint, I am and was a resident of California.  I have been a resident of California for the past 7 years.

4. My true fixed home and principal establishment is at 1931 E. Poppy St., Long Beach, California 90805.  I intend to return to California and to this address.

5. I have filed my past 4 tax returns with the State of California. I have not filed any tax returns with the State of New York.

6. I currently maintain a valid California Driver's License.

7. I am not, nor have I ever been, registered to vote in New York.

8. The car I was using is still registered in California and still bears California license plates.

9. I am actively searching for jobs in California and intend on returning as soon as I am able to find a job.

10. My present New York address is temporary. I have no intentions to remain in New York.

11. I have only been temporarily staying at my New York address because, as discussed in the Amended Complaint, I was fraudulently induced into relocating to New York in reliance on my partnership agreement with Nary Manivong and Alexandria Hilfiger and my promised job at Nary Manivong LLC and NAHM Apparel LLC.

12. As set forth in the Complaint, as a result of this move I left my current career as a real estate executive and am unable to return to Los Angeles until I find another job that can support my cost of living, as well as the debt that I have incurred because of the Defendants in this case.

I, Savery Kann, declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief.

_____     May 18, 2011
Savery Kann                          Date

Notary:

I, _Elaine M Davis_, did witness the above signature of _Savery Kann_
on this _18_ day of May, 2011.

_____
Signature
Notary, State of Ohio

**ELAINE M. DAVIS**
Notary Public, State of Ohio
My Commission Expires 05/07/2015